IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:22CR189 |
| | ) | |
| vs. | ) | |
| | ) | |
| MELANIE MARGARET MCDONALD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant, Melanie Margaret McDonald's Unopposed Motion to Continue Trial [29]. The court has been advised the co-defendant does not object to the continuance. Counsel needs additional time to try to resolve the matter short of trial. The undersigned magistrate judge finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [29] is granted, as follows:

1. The jury trial**, as to both defendants**, now set for February 28, 2023, is continued to **April 4, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 4, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED: February 14, 2023

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**