**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:22CR189** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **MELANIE MARGARET MCDONALD,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant, Melanie Margaret McDonald's Unopposed Motion to Continue Trial [54].  The co-defendant has entered a plea and is pending sentencing.  Counsel needs additional time to try to resolve the matter short of trial. The undersigned magistrate judge finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [54] is granted, as follows:

1. The jury trial, now set for June 6, 2023, is continued to **July 18, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 18, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without a request for hearing before the undersigned magistrate judge.**

 **DATED:  May 19, 2023**

                                        **BY THE COURT:**


                                        **s/ Michael D. Nelson**
                                        **United States Magistrate Judge**